RECEIVED **Form to be used by a prisoner filing a civil rights complaint under**
**THE CIVIL RIGHTS ACT, 42 U.S.C. & 1983**

JAN 2 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

_Roman Ford #156841_
**Full name of Plaintiff, Prisoner Number**

**1:17-cv-0194 SECP**

**Civil Action No.** _____

_____

_____

_____

**Full Name of Defendant(s)**

## COMPLAINT

### I. Previous Lawsuits

A. Have you begun any other lawsuits while incarcerated or detained in any facility?
Yes _____     No ☒

B. If your answer to the preceding question is yes, provide the following information

1. State the court(s) where each lawsuit was filed (in federal, identify the District; if the state court, identify the county or parish ):

_____

_____

2. Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3. Docket number(s): _____

4. Date(s) on which each lawsuit was filed: _____

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

1.

C.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has, been dismissed?

Yes_____    No __X__

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.    A.    **Name of institution and address of the current place of confinement:**

LaSalle Correctional    15976 Hwy 165    Olla Louisiana
                                                                                            -71465

B.    Is there a prison grievance procedure in this institution?
Yes __X__        No_____

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes_____        No __X__
If Yes, what is the Administrative Remedy Procedure number? _____

2.  If you did not file an administrative grievance, explain why you have not done so.

FILE grievANCE NO ANSWER ANd TRANSFER ME

_____

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.    **Parties to Current Lawsuit:**

2.

A. Name of Plaintiff __Roman Ford #156841__

Address __15976 Hwy 165 Olla Louisiana 71465__

B. Defendant, _____, is employed as

__Warden__ at __Richwood Correctional__

Defendant, __Coleman (Captain)__, is employed as

__Captain__ at __Richwood Correctional__

Defendant, __Lt. Coleman MAJOR Tubbs__, is employed as

_____ at _____.

Additional defendants _____

_____

## IV.    Statement of Claim

State the **Facts** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or conditions(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On 6-13-2013, being a pretrail detainee, I ended up in a physical altercation with a D.O.C inmate. This lead to my jaw broken as well as broken ribs. Being that I was a pre-trail detainee, I was not legally supposed to be placed with the inmates at Richwood. This in essence violate my civil rights and placed me in extreme circumstances

3.

*detremential to my health and welfare.*

_____

_____

**V.**      **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

*Asks that be granted a set of teeth to be replaced by those that were removed because of surgery, as well as punitive compensation for pain and suffering As deemed by courts.*

**VI.**      Plaintiff's Declaration

**A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B. I understand that is I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on the grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

**Signed this** _20_ **day of** _January_ _,2017_ .

_156841_

**Prisoner No. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

**Signature of Plaintiff**

4.