**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ROMAN FORD #156841                    CASE NO. 1:17-CV-00194 SEC P

VERSUS                                               CHIEF JUDGE DRELL

WARDEN RICHWOOD                        MAGISTRATE JUDGE PEREZ-MONTES
CORRECTIONAL CENTER ET AL

**MEMORANDUM ORDER**

Before the court is a complaint filed on January 26, 2017.  Upon review of the record, the

Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit either the $400.00 to file a complaint or a completed
application to proceed *in forma pauperis*.  **Plaintiff must either send $400.00 or a
completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this

order, amend the pleadings by submitting the information indicated above to the following

address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL
RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN
FROM THE RECORD.**

THUS DONE in Chambers on this _____ day of _____, 2017.

Joseph H. L. Perez-Montes
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application