**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ROMAN FORD #156841                              CASE NO. 1:17-CV-00194 SEC P

VERSUS                                          CHIEF JUDGE DRELL

WARDEN RICHWOOD                                 MAGISTRATE JUDGE PEREZ-MONTES
CORRECTIONAL CENTER ET AL

### MEMORANDUM ORDER

Before the court is a complaint filed on January 26, 2017.  Upon review of the record, the

Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit either the $400.00 to file a complaint or a completed
> application to proceed *in forma pauperis*.  **Plaintiff must either send $400.00 or a**
> **completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this

order, amend the pleadings by submitting the information indicated above to the following

address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL**
**RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN**
**FROM THE RECORD.**

THUS DONE in Chambers on this ____30th____ day of ____January____, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application