Roman Ford 156841

Vs. 1:17-CV-194 SEC-P

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 27 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

10-19-2017

ON About June 13 Are 14-2013 Richwood Correction Center Brought me A Conway Hospiter. And Conway Hospiter send me Back. To Richwood with my Jaw and Ribs Broken. Richwood Brought me To L.S.U. Hospiter In Shrevport LD. And It Been About 2 weeks Before getting my Jaw Fix And cost me more Pain. By Richwood Sending me To conway Hospiter In monRoe La, And Conway Hospiter didn't want to Fix my Jaw and Ribs

I Do not HAVE Teeths And Can't Chew my Food. Also Can't swallow my Food. Because I Had A Surgery And my Jaw couldn't Be wire. And I Roman Ford was Cut under my Throat. That make Roman Ford can't Chew and Swallow my Food

I'm Also Requesting to Court To ordered Richwood LSU Hospiter To send my Medical Records To The Court, To show It's Took About 2 weeks To Fix my Jaw at LSU Hospiter And my Jaw And Ribs didn't Heal Right. Also my Bones Are Pokening out And the Nurse and Doctor stated that It's Nothing can Be Done, About my Ribs Being Broken and Jaw. IM Not Recived The Right medical care at all The prison I Been And keep Shipped me Around

Also Roman Ford went On A Court Order In Iberia Parish And Iberia Kept, me And couldn't Recived Any of my proberty like Legal work and Clother at Madison Parish Correction Center. I Also HAVE A witNess Lt. Simm

## NEGLIGENCE

It's negligence on the officers part because when they pulled us (5) out the dorm for questioning, they shouldn't have put us back in there then come right behind us to shake down the dorm. During the shake down the officers found 3 or more cell phones which made it look like I snitched or told them where the phones were. The officers could have prevented me from getting jumped on. It was as if the officers did that intentionally for me to get killed. So I tried to protect myself the best way I could.

I also have witness that 3 Doc inmates jump on me at Richwood

Lt. Sims at Madison Parish Correction, Captain Coldman, and Major Tubbs.

I Roman Ford also spoke to a different officer and told him I am a Pre-Trial inmate and I haven't received any time. The officer brought Roman Ford to booking and a women officer hit the computer and seeing that I Roman Ford have a hold for Iberia Parish. *only not my charge*

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 27 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

On June 13, 2013 I was housed in B-Dorm and 3 inmates jump on me, I don't know the names of the inmates were arrested by Captain Coleman and another Sgt. Also Major Tubbs was aware of the incident. I didn't receive a disciplinary conviction. Also Richwood Correction Center has a pre-trial dorm and I Roman Ford was not placed in the Pre-Trial dorm. One of the inmates hit me in the jaw with a lock also the other inmates kick me and broke my ribs. Also the officer call about 5 inmates

out of the dorm and question inmates about what was going on in D- Dorm and it was Roman Ford, one of the inmates the officer call out. The inmates believe someone is telling in the dorm, so they jumped on me supposing me to be the one the dorm to snitching. I Roman Ford, stating that the officers were liable for this incident because they called out inmates to question them about what was going on in the dorm. So the officers came in the dorm and took cell-phones, and the inmates believe it was me **(Roman Ford Doc # 156841)** told the officers about the phones in the dorm. Lt. Tommy or Captain Tommy held court at Richwood Correction Center at the time of the incident and he didn't want me to state it was 3 inmates jump on me on the records. Also I Roman Ford, couldn't speak at the time of the hearing and he didn't stated it was 3 inmates involved in the incident, but Major Tubbs Lt. Coleman Captain Coldman came stated that 3 inmates jump on me and broke my jaw and ribs. Also the high rank officers violate Roman Ford constitutional right and inmates because I'm not supposed to be put in that dorm around Doc Inmates when Richwood Correction Center has a Pre-Trial dorm and a parish dorm.

I Roman Ford was also transfer from Richwood Correction Center by filing my complaint on the administration. It came to be retaliation with the administration so they shipped me. Also the nurse Mrs. Toby denied me medical and put me out of medical. I then notify Major Tubbs about the complaint on the nurse Mrs. Toby, because I was hurting and it came to be a problem so they shipped me to Madison Parish Correction Center. So I filed a complaint at Madison so they shipped me as well. I filed another complaint at LaSalle Correction Center and LaSalle shipped me to another prison. I Roman Ford went to LSU House Hospital for 3 to 4 days my blood pressure went up and all the prisons kept shipping me around so I can file late. Also the courts know everything and reopen my case on the nurse Mrs. Toby. My mouth was not wired up because my teeth's was too weak to wire up and the nurse denied me ensure and told me I can eat out of the kitchen. So I couldn't eat food out the kitchen. I file a complaint on that matter.

Also LSU Hospital didn't discharge me. Richwood did by shipped me to another prison my jaw and ribs was not heal right and I have problem with pain at this time. So I would like false teeth into my mouth. I would like $80,000 dollars in pain and suffering.

## IT IS ORDER

**IT IS ORDER** That the Court get the Name of the Inmates that were in The ▉-Dorm on June 13, 2013 also Order the Court to get the video tape to show what happen on June 13, 2013 at about 11:30pm to 12:00 Clock

Order The Log Book were Romanford was Houseing At Richwood

The ARP I File on The Nurse mrs. Toby at Richwood

Ordered A Copy of The Hold on me By Iberia parish Jail. At Richwood

Order my withness Lt. Sims at Madison parish Correction Center

Captain Coldman

Lt. Coldman and Warden Tubbs was Major

I need the Court To Ordered asking the Court To order Richwood for the Inmates Name