Roman Ford                                           10-25-2017

Vs. 1:17-cv-A4-P                    To: Judge Joseph H.L Perez-Montes
                            194         United States District court

Clerk of court

I Roman Ford would like to add to my complaint on case number 1:17-cv-194-P

I was housed at madison Correction center, and was subjected to appear for a court order to Iberia parish on about 6-2-14 in which Iberia parish retained custody over me. Iberia parish didn't wanted to send me back to madison parish by the retaliation against me. I Roman Ford wrote warden Paul scott, and stated that I left all my property which include extremely important documents, and items that held great sentimental value such as my pictures. The document's were all of my legal work, and all my A.R.P's I filed. I also lost all my clothes that were left in the cell. I Roman Ford was confined to a cell Block, and didn't want to return in any dorm due to my Jaw and Ribs being broken. Which created a problem with all lasalle management. I also have a witness that I left all my property at Madison Parish in the cell block. My witness is the following individual Lt sims at Madison Parish. Also before leaving Madison Parish I gave Lt sims an ARP. I Roman Ford filed to major Johnson about the matter in which three inmates attacked me, Roman Ford, at Richwood Correctional Center. I also filed a complaint that I didn't want to be in any of the dorms because all the dorms held inmates that were equipped with shanks better known as knives. Which was extremely hazordus to my safety. Which is still all ran by lasalle management.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 3 0 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

It is ordered

1-) It is ordered that the court order the ARP I, Roman Ford, filed on the Nurse at Richwood Correction Center, which her name is Mrs. ~~Tordery~~ Toby

2-) It is ordered that the court order Roman Ford to be present in the court for any hearing Also all my witnesses which include the following: Lt Sims, Captain Coleman, Lt Coleman, Major Tubbs, and captain Tommy to appear in court, on any of my court Dates.

3) It is ordered that the Court order Roman Ford to be Removed from all Lasalle management, and be placed in the Department of Corrections.

4-) It is ordered that the court get the Log Book that Roman Ford was In on June 13, 2013 at Richwood Correctional center

Roman Ford 136841
10-25-2017