# United States District Court
## Western District of Louisiana
### Alexandria Division                    12-5-17

RECEIVED

DEC 06 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

BY_____

Roman Ford # 156841          Civil Action No. 1:17-CV-194, Sec. P
Plaintiff

                            Judge Dee D. Drell

Warden, ET AL.
Defendant                   Magistrate Judge Perez-Montes

Now Into Court comes the ~~defendant~~ Plaintiff Roman Ford, pro-se and in proper person.

(1)

The plaintiff moves to respond to a notice filed on November 28, 2017 Recommending the Plaintiff to Dismiss case 1:17-cv-00194-DDD-JPM with Rejudice.

(2)

The Plaintiff will at this time file Objection to the Court in this matter! The Notice is stating that the Plaintiff did not meet the 1 year Rescriptive Period according to Louisiana Law: Civ. Code Ann. art 3492, Gaspard V. United States, 713 F. 2d 1097, 1102 n. 11 (5th Cir. 1983). However the Plaintiff has been Incarcerated and transfered by the Defendant Warden ET. AL, and Also Transferred again and again. Therefore, its not Roper

to use this Period of 1 year against him.

(3)

The Plaintiff filed administrative grievance's in this matter within 30 days of the incident but when the Plaintiff was transferred then the defendant Warden, ET AL had all his legal mail trashed, then transferred him-shipped.

(4)

Therefore, the Plaintiff Roman Ford moves this court to Reconsider a hearing on this matter and to proceed with a trail on this case and also a Counselor be Represented by the State of Louisiana.

(4)

The Plaintiff Roman Ford further will ask the Honorable Judge Dee D. Drell to ~~Re~~ Reconsider and Please not dismiss this case.

(5)

Therefore, the Plaintiff Roman Ford Prays, this Honorable court will accept this notice and also that the Judge will set a trail on this matter.

X _Roman Ford_
    Roman Ford
    287 Industrial Drive
    Jonesboro LA. ~~#~~ 71251